135 F.3d 764
 Patrick J. Donahue, John J. Sleboda, Paul T McCommons
v.
Pennsylvania State Police, Pennsylvania State Police,
Commonwealth of Pennsylvania, Glenn A. Walp, Commissioner of
State Police, Wayne Dowling, Director of Personnel, Captain
Thomas J. LaCrosse, Director of Personnel Services, Robert
C. Hickes, Director of Operations,
 NOS. 97-7143, 97-7158
 United States Court of Appeals,
Third Circuit.
 Dec 10, 1997
 
 Appeal From: M.D.Pa. ,No.96cv00259 ,
 Smyser, J.
 
 
 1
 Affirmed.